**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRYON PARFFREY** | § | |
| | § | |
| v. | § | Civil Action No: 4:21-cv-03151 |
| | § | |
| **PHH MORTGAGE CORPORATION** | § | |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Erick DeLaRue, counsel for Bryon Parffrey, filing this his Motion to Withdraw and would respectfully show the Court as follows:

1. Erick DeLaRue ("DeLaRue") was retained by Plaintiff Bryon Parffrey ("Plaintiff") prior to the filing of this action in the ongoing dispute over the subject matter of this suit which is the property commonly known as 2610 Tudor Manor, Houston, TX 77082. Prior to his retention, DeLaRue and Plaintiff discussed multiple goals that were desired from the filing of the lawsuit. Each one of those goals were met including, but not limited to, multiple settlement offers which were each rejected by Plaintiff. Now, there is a fundamental difference in how the litigation is to proceed which is causing problems between DeLaRue and Plaintiff.

2. A bench trial is not scheduled until December 5, 2022; therefore, Plaintiff and Defendant will not be prejudiced by this withdrawal.

3. Defendant's counsel stated she was not opposed to the filing of this motion and has agreed to extend deadlines if and when Plaintiff obtains new counsel (if needed).

4. Plaintiff is opposed to this filing of this motion.

5. This motion is not being sought for purposes of delay.

6. DeLaRue has informed Plaintiff that this motion is being filed and a true and correct copy of the motion, as well as the order, have been mailed to Plaintiff on June 15, 2022 to Plaintiff's last known address which is the following:

>Bryon Parffrey
>2610 Tudor Manor
>Houston, TX 77082

### **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Erick DeLaRue respectfully request that the Court enter the attached order GRANTING his Motion to Withdraw as the attorney of record in the matter.

>Respectfully Submitted by,
>
>**Law Office of Erick DeLaRue, PLLC**
>
>By:   /s/ Erick DeLaRue
>       **ERICK DELARUE**
>       Texas Bar No: 24103505
>       2800 Post Oak Boulevard, Suite 4100
>       Houston, TX  77056
>       Telephone: 713-899-6727
>       Email: erick.delarue@delaruelaw.com
>       **ATTORNEY FOR PLAINTIFF**

### **CERTIFICATE OF CONFERENCE**

I hereby certify that a conference was had with Defendant's counsel on June 14, 2021 regarding the filing of this motion and she is not opposed.

>/s/ Erick DeLaRue
>ERICK DELARUE

## **CERTIFICATE OF SERVICE**

      I hereby certify that that a copy of the foregoing was sent to all counsel of record on this the 15th day of June, 2022 in accordance with the Federal Rules of Civil Procedure.

**Elizabeth Duffy**
Attorney
**Locke Lord LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
T: 214-740-8673
C: 617-596-8706
eduffy@lockelord.com

Bryon Parffrey
2610 Tudor Manor
Houston, TX 77082

                                  /s/ Erick DeLaRue
                                    ERICK DELARUE