UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRYON PARFFREY | ( | United States Courts Southern District of Texas  F I L E D  AUG 15 2022  Nathan Ochsner, Clerk of Court |
| Plaintiff | ( | |
| vs. | ( | |
| PHH MORTGAGE CORPORATION | ( | |
| Defendant | ( | Case No.: 4:21-CV-03151 |
| PHH MORTGAGE CORPORATION, | ( | |
| Defendant/Counter-Plaintiff and Third Party Plaintiff | ( | JURY TRIAL DEMANDED |
| v. | ( | |
| ANGELINE PARFFREY | ( | |
| Third Party Defendant, | ( | |
| And BRYON PARFFREY, | ( | |
| Plaintiff/Counter-Defendant | ( | |

**PLAINTIFF BRYON PARFFREY'S**
**DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff and Counter-Defendant Bryon Parffrey ("Plaintiff") and files this Designation of Expert Witnesses and respectfully shows the Court as follows:

WITNESS                                TOPICS

John C. Heath                          Attorneys fees, Plaintiff's and Defendant's, the

1

| | |
|---|---|
| Attorney at Law<br>Lexington Law Firm<br>2875 South Decker Lake Dr.,#200<br>North Salt Lake, UT 84054<br>Tel.: (800) 341-8441<br>E-Mail: john@lexingtonlaw.com | reasonableness and necessity thereof and related matters; various legal matters related to the claims, defenses, affirmative defenses, special denials and other matters related in any way to the pleadings or issues of this lawsuit. |
| Peter Conlan, CPA<br>314 Wycliffe Dr.<br>Houston, Texas 77079<br>713-252-9721<br>peter.conlan@pvconlan.com | Various accounting and financial matters related to the claims and defenses and all matters related in any way to the pleadings or issues in this lawsuit. |
| Any other witnesses designated by Plaintiff or Defendant in Witness Designations, Interrogatories or other pleadings or supplemental pleadings, all incorporated by reference herein. | All topics and categories listed therein and herein |
| Custodians of any business, financial or other records of any of the above (by deposition on written question, business records affidavit, deposition live testimony or otherwise) | All topics and categories listed therein and herein |

NOTE: Plaintiff reserves the right to present any or all of the above witnesses by deposition (including but not limited to video depositions), affidavit, as live witnesses at trial or otherwise, in Plaintiff's discretion. Plaintiff reserves all rights under the Federal Rules of Civil Procedure, Federal Rules of Civil Evidence, case law, orders of the Court and other applicable law to, among other things, supplement the above, call Defendants' witnesses as adverse witnesses or on cross-examination, call undesignated rebuttal witnesses, call fact witnesses for lay opinions, and any and all additional rights related in any way to witnesses.

Dated this 15th day of August, 2022.

Respectfully submitted,

Bryon Parffrey, PRO SE
2610 Tudor Manor
Houston, Texas 77082
Tel.: (281) 782-7966
Fax: (281) 588-5821
E-Mail bryon@buildersacademy.com
PLAINTIFF AND COUNTER-DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 15th day of August, 2022.

Bryon Parffrey, PRO SE