UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRYON PARFFREY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| PHH MORTGAGE CORPORATION, § | |
| § | |
| Defendant. § | |
| § | |
| _____ § | CIVIL ACTION NO. 4:21-cv-03151 |
| PHH MORTGAGE CORPORATION, § | |
| § | |
| Defendant/Counter-Plaintiff § | |
| and Third Party Plaintiff, § | |
| § | |
| v. § | |
| § | |
| ANGELINE PARFFREY, § | |
| § | |
| Third Party Defendant, § | |
| § | |
| And BRYON PARFFREY, § | |
| § | |
| Plaintiff/Counter-Defendant. § | |

## JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Bryon Parffrey, PHH Mortgage Corporation, and Angeline Parffrey (together, the "Parties") file this *Joint Motion for Entry of Agreed Final Judgment* (the "Joint Motion"), and respectfully show the Court the following:

The Parties hereby notify the Court that they have entered into a Confidential Settlement and Release Agreement (the "Agreement"), which disposes of all of the claims, counterclaims, and disputes between and among the Parties. Pursuant to the terms of the Agreement, the Parties

1

request that the Court enter the Agreed Final Judgment, submitted herewith and attached as Exhibit 1.

WHEREFORE, the Parties request that this Joint Motion be granted and that the Court enter the Agreed Final Judgment submitted herewith. The Parties further request all other relief at law and in equity to which they may be entitled.

Respectfully submitted,

_____
Bryon Parffrey
2610 Tudor Manor
Houston, Texas 77082
(281) 782-7966 (Telephone)
(281) 588-5821 (Facsimile)

**PRO SE PLAINTIFF AND COUNTER-DEFENDANT**

_____
Angeline Parffrey
2610 Tudor Manor
Houston, Texas 77082
(281) 782-7966 (Telephone)
(281) 588-5821 (Facsimile)

**PRO SE THIRD PARTY DEFENDANT**

*/s/ Elizabeth K. Duffy*
**Robert T. Mowrey**
Attorney-in-Charge
State Bar No. 14607500
S.D. Bar No. 9529
rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

2

OF COUNSEL:

**Arthur E. Anthony**
State Bar No. 24001661
S.D. Bar No. 2793
aanthony@lockelord.com
**Elizabeth K. Duffy**
State Bar No. 24050535
S.D. Bar No. 634630
eduffy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR PHH MORTGAGE CORPORATION**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the following on this 12th day of October 2022 via U.S. mail:

Byron Parffrey
2610 Tudor Manor
Houston, Texas 77082
*Pro Se*

Angeline Parffrey
2610 Tudor Manor
Houston, Texas 77082
*Pro Se*

*/s/ Elizabeth K. Duffy*
*Attorney for PHH Mortgage Corporation*

3