# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BRYON A PARFFREY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:21-CV-03151** |
| § | |
| **PHH MORTGAGE CORPORATION,** § | |
| § | |
| Defendant. § | |

## ORDER OF FINAL JUDGMENT

Came on to be considered in the above-referenced matter, the Joint Motion for Entry of Agreed Final Judgment filed by Bryon Parffrey, PHH Mortgage Corporation, and Angeline Parffrey. Upon consideration, and noting the agreement of the Parties, the Court is of the opinion that the Joint Motion is well-taken and should be **GRANTED**.

The Court shall date, execute, and enter the Agreed Final Judgment submitted with the Joint Motion.

**IT IS SO ORDERED**.

Signed at Houston, Texas on October 12, 2022.

_____
Keith P. Ellison
United States District Judge