United States District Court
Southern District of Texas
**ENTERED**
February 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRYON PARFFREY,** | § |
| Plaintiff, | § |
| v. | § |
| **PHH MORTGAGE CORPORATION,** | § |
| Defendant. | § |
| | § CIVIL ACTION NO. 4:21-cv-03151 |
| **PHH MORTGAGE CORPORATION,** | § |
| Defendant/Counter-Plaintiff and Third Party Plaintiff, | § |
| v. | § |
| **ANGELINE PARFFREY,** | § |
| Third Party Defendant, | § |
| And **BRYON PARFFREY,** | § |
| Plaintiff/Counter-Defendant. | § |

### ORDER GRANTING JOINT MOTION TO EXECUTE ORDER OF SALE

CAME ON TO BE CONSIDERED in the above-referenced matter, the *Joint Motion to Execute Order of Sale Pursuant to Agreed Final Judgment* (the "Motion") filed by Bryon Parffrey, Angeline Parffrey, and PHH Mortgage Corporation. Upon consideration, the Court is of the opinion that the Motion is well-taken and should be granted.

It is THEREFORE ORDERED that the Motion is GRANTED.

1

The Court will execute the *Order of Sale* submitted with the Motion as Exhibit 1.

Signed this 23rd day of February, 2023.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE